To Who This May Concern,

My name is David McClain. I am incarcerated at Charlotte C.I., I am writing in regards of filing criminal charges against Ofc. J. Steider. I have reported on Prea report, informed LT. K. Dulley, and wrote Central Office about this matter. Nothing is happening, Ofc. J. Steider, still assigned as my housing officer. As of today I am on property restriction. (Strip) Ofc. J. Steider is continuing to retaliate against me. I am being denied protection of sexual verbal abuse by prison offical. My 8th Amendment is being violated.